**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-94 |
| | § | |
| DANIEL ROMERO-OSEGUERA | § | |
| JOSE REYES MEDEL, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF REFERRAL**

Having considered the defendants' consent, this cause is hereby referred to United States Magistrate Judge Mary Milloy for the purpose of administering the plea of guilty and the FED.R.CRIM.P. 11 Allocution, subject to the final approval and imposition of sentence by this Court.

SIGNED on February 4, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge